# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

GRACE BOVIE

VERSUS

DENKA PERFORMANCE ELASTOMER, LLC (DENKA); E.I. DUPONT DE NEMOURS AND COMPANY (DUPONT); THE DOW CHEMICAL COMPANY (DOW); DOWDUPONT INC.(DOWDUPONT); CHARLES CARR BROWN, AKA CHUCK CARR BROWN, INDIVIDUALLY AND IN HIS CAPACITY AS FORMER SECRETARY OF THE LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY; AURELIA SKIPWORTH GIACOMETTO, INDIVIDUALLY AND IN HER CURRENT CAPACITY AS SECRETARY OF THE LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY; THE LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY, THE LOUISIANA DEPARTMENT OF HEALTH, AND THE STATE OF LOUISIANA

NO. 2026 CW 0425

JUNE 15, 2026

---

In Re:    The Louisiana Department of Environmental Quality, former Secretaries Brown and Giacometto, and the State of Louisiana, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. C-750370.

---

**BEFORE:    WOLFE, HESTER, AND BALFOUR, JJ.**

**WRIT DENIED.** The exception at issue herein filed in response to the original petition was rendered moot by the filing of an amended petition. See e.g. **Barker v. Merrick**, 2019-1124 (La. App. 1st Cir. 12/23/19), 2019 WL 7166787 (unpublished); **Miles v. Murrill**, 2025-0472 (La. App. 1st Cir. 7/14/25), 2025 WL 1927746 (unpublished).

**EW**
**CHH**
**KEB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT